# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN GROVE LODGING, LLC, a Colorado limited liability company dba Hilton Garden Inn Anaheim Garden Grove,<br><br>Defendants. | Case No.: 8:21-cv-00536 JLS (ADSx)<br><br><br>**JUDGMENT** |

On March 15, 2022, this Court **GRANTED** Defendant Garden Grove Lodging, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1).

A decision having been duly rendered on Garden Grove Lodging, LLC's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that plaintiff take nothing and that the action is dismissed on the merits.

IT IS SO ORDERED.

DATED: March 23, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE